IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WANDA J. HUNT,

    Plaintiff,

vs.                                                   CASE NO. 5:06cv51/RS

JO ANNE B. BARNHART,
Commissioner of the Social Security
Administration,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 10). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner of the Social Security Administration is affirmed, and this action is dismissed.

3. The clerk is directed to close the file.

ORDERED on March 6, 2007.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**